# GOTTLIEB & ASSOCIATES PLLC
## ATTORNEYS

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795    www.gottlieblaw.net

August 7, 2025

**VIA ECF**

The Honorable Arun Subramanian
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

          Re:    *Knowles v. Apollo Theater Foundation, Inc.*
                 Case No.: 1:25-cv-4114

Dear Judge Subramanian,

      The undersigned represents Carlton Knowles, on behalf of himself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Defendant, Apollo Theater Foundation, Inc. ("Defendant"). The undersigned respectfully requests that the Initial Conference scheduled for August 19, 2025, at 3:00 PM (Dkt. 6) be adjourned for 60 days because the Defendant has not yet answered or appeared in this action. This request will grant ample time for the Defendant to appear and discuss a possible resolution with Plaintiff's Counsel. We also respectfully request that the time for the Defendant to move or otherwise respond to the Complaint be extended until September 19, 2025. This is the Plaintiff's first request for an extension.

                                                         Respectfully submitted,

The initial pretrial conference is hereby adjourned to September 19, 2025, at 1:00 PM. The dial-in information remains the same. Defendant's time to move or respond to the complaint is extended to the same date. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 8.

GOTTLIEB & ASSOCIATES PLLC

*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: August 7, 2025